United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                 Case No. 17-03017-HWV
Janet Mary Brock                             Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                             User: AutoDocke                                Page 1 of 2
Date Rcvd: Oct 25, 2022                     Form ID: fnldec                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janet Mary Brock, 6330 Bennington Road, Mechanicsburg, PA 17050-1992 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2022                         Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor TIAA FSB a/b/a EverBank ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor TIAA FSB d/b/a TIAA Bank f/k/a EverBank ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Andrew M. Lubin | on behalf of Creditor TIAA FSB ecfmail@mwc-law.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Marisa Myers Cohen | on behalf of Creditor TIAA FSB a/b/a EverBank ecfmail@mwc-law.com |

| Name | Details |
|---|---|
| Marisa Myers Cohen | on behalf of Creditor TIAA FSB d/b/a TIAA Bank f/n/a EverBank ecfmail@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor TIAA FSB d/b/a TIAA Bank f/k/a EverBank ecfmail@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor TIAA FSB ecfmail@mwc-law.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Janet Mary Brock pmurphy@dplglaw.com kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Janet Mary Brock, | Chapter 13 |
| **Debtor 1** | Case No. 1:17−bk−03017−HWV |

Social Security No.:
xxx−xx−2564

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 25, 2022

**fnldec** (01/22)